**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David G. Velde, as Trustee of the
Daniel S. Miller Bankruptcy Estate,

                Plaintiff,

vs.

Gary Hoper,

                Defendant.                Civ. No. 06-2306 (RHK/RLE)

**ORDER FOR DISMISSAL**

Based upon the Stipulation of Dismissal (Docket No. 8),

**IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated : February 15, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge